# EXHIBIT A

 

BA20220672407



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: BA20220672407
Date Filed: 8/16/2022

B1023-5406 08/16/2022 2:41 PM Received by California Secretary of State

### Entity Details
| | |
|---|---|
| Corporation Name | Future Best Trading Inc |
| Entity No. | 5167476 |
| Formed In | CALIFORNIA |

### Street Address of Principal Office of Corporation
| | |
|---|---|
| Principal Address | 6824 BRENTMEAD AVE<br>ARCADIA, CA 91007 |

### Mailing Address of Corporation
| | |
|---|---|
| Mailing Address | 6824 BRENTMEAD AVE<br>ARCADIA, CA 91007 |
| Attention | |

### Street Address of California Office of Corporation
| | |
|---|---|
| Street Address of California Office | None |

### Officers
| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ZHENWEI WANG | 6824 BRENTMEAD AVE ARCADIA, CA 91007 | Chief Executive Officer, Chief Financial Officer |
| XUE WANG | 6824 BRENTMEAD AVE ARCADIA, CA 91007 | Secretary |

### Additional Officers
| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Directors
| Director Name | Director Address |
|---|---|
| Zhenwei Wang | 6824 BRENTMEAD AVE ARCADIA, CA 91007 |

The number of vacancies on Board of Directors is: 0

### Agent for Service of Process
| | |
|---|---|
| Agent Name | Zhenwei Wang |
| Agent Address | 6824 BRENTMEAD AVE<br>ARCADIA, CA 91007 |

### Type of Business
| | |
|---|---|
| Type of Business | TRADING |

### Email Notifications
| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

### Labor Judgment
No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

ZHENWEI WANG  
Signature

08/16/2022  
Date

B1023-5407 08/16/2022 2:41 PM Received by California Secretary of State

 



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF INCORPORATION**
**CA GENERAL STOCK CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

5167476

For Office Use Only

**-FILED-**

File No.: 5167476
Date Filed: 8/5/2022

| Corporation Name | |
|---|---|
| Corporation Name | Future Best Trading Inc |

| Initial Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 6824 BRENTMEAD AVE<br>ARCADIA, CA 91007 |

| Initial Mailing Address of Corporation | |
|---|---|
| Mailing Address | 6824 BRENTMEAD AVE<br>ARCADIA, CA 91007 |
| Attention | |

**Directors**

| Director Name | Director Address |
|---|---|
| Zhenwei Wang | 6824 BRENTMEAD AVE<br>ARCADIA, CA 91007 |

| Agent for Service of Process | |
|---|---|
| Agent Name | Zhenwei Wang |
| Agent Address | 6824 BRENTMEAD AVE<br>ARCADIA, CA 91007 |

**Shares**
The total number of shares the corporation is authorized to issue is: 1,000
Does the corporation have more than one class or series of shares? No

**Purpose Statement**
The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**
☒ I declare that I am the person who executed this instrument, which execution is my act and deed.

*Zhenwei Wang*                                08/05/2022
Director Signature                             Date

Page 1 of 1

B0987-8199 08/05/2022 4:43 PM Received by California Secretary of State