# EXHIBIT B

## 3017 Conflict of Interest and Confidentiality

All records and files of the Company are considered confidential. No employee is authorized to copy or disclose any file, record or any part thereof for non-work related matters. Confidential information includes but is not limited to all letters or any other information concerning transactions with customers, customer lists, payroll or personnel records of past or present employees, financial records of the Company, all records pertaining to purchases from vendor or suppliers, engineering drawings, correspondence and agreements with manufacturers or distributors and documents concerning operating procedures of the Company and includes information, including formulas, patterns, compilations, programs, devices, methods, techniques, or processes, that: (1) derive independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use; and (2) are the subject of efforts that are reasonable under the circumstances to maintain its secrecy. All telephone calls, letters, e-mail or other requests for information about current or former employees should be immediately directed to the your supervisors.

*I hereby agree to abide by the rules stated above for confidentiality.*

Signature __XUE WANG__

Date __07/08/19__

Employee (print clearly) __XUE WANG__

Employee Handbook –Sun Hong Foods Inc.

# Employee Acknowledgement of Receipt of Sun Hong Foods Inc.

## Employee Handbook

I, _____XUE   WANG_____, have received my copy of the
Company's employee handbook.  I understand and agree that it is my responsibility to
read and familiarize myself with the policies and procedures contained in the handbook
within ten (10) days of the receipt.

Employee's Signature _____XueWang_____ Date __11 / 27 / 2019__

Employee's Date of Hire _____7 / 8 / 19_____

Employee Handbook –Sun Hong Foods Inc.

## Employee's Consent of Sun Hong Foods Inc.

## Employee Handbook

I, _XUE WANG_, understand that except for employment at-will status, any and all policies or practices can be changed at any time by the Company. The Company reserves the right to change my hours, wages and working conditions at any time. I understand and agree that other than the CEO of the Company, no supervisor or representative of the Company has authority to enter into any agreement, expressed or implied, for employment for any specific period of time, or to make any agreement for employment other than at-will; only the CEO has the authority to make any such agreement and then only in writing and signed by the CEO.

I understand and agree that nothing in the employee handbook creates or is intended to create a promise or representation of continued employment and that employment with the Company is employment at-will; employment may be terminated at the will of either the Company or me. My signature below certifies that I understand that the foregoing agreement on at-will status is the sole and entire agreement between the Company and me concerning the duration of my employment and the circumstances under which my employment may be terminated. It supersedes all prior agreements, understandings and representations concerning my employment with the Company.

I understand, agree and consent all the terms and conditions in this employment handbook.

Employee's Signature _XUE WANG_      Date _11/27/2019_

Employee's Date of Hire _7/8/19_

Employee Handbook –Sun Hong Foods Inc.

information concerning transactions with customers, customer lists, payroll or personnel records of past or present employees, financial records of the Company, all records pertaining to purchases from vendor or suppliers, engineering drawings, correspondence and agreements with manufacturers or distributors and documents concerning operating procedures of the Company and includes information, including  formulas, patterns, compilations, programs, devices, methods, techniques, or processes, that:  (1) derive independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use; and (2) are the subject of efforts that are reasonable under the circumstances to maintain its secrecy. All telephone calls, letters, e-mail or other requests for information about current or former employees should be immediately directed to the your supervisors.

*I hereby agree to abide by the rules stated above for confidentiality.*

Signature _Xue Wang_____

Date_11/27/2019_____

Employee (print clearly) ___XUE   WANG_____

# Employee Acknowledgement of Receipt of Sun Hong Foods Inc.

## Employee Handbook

I, _XUE WANG_, have received my copy of the Company's employee handbook. I understand and agree that it is my responsibility to read and familiarize myself with the policies and procedures contained in the handbook within ten (10) days of the receipt.

Employee's Signature _Xue Wang_ Date _07/08/19_

Employee's Date of Hire _XUE WANG    07/08/19_